**INSIGHT DEVELOPMENT CORPORATION, Plaintiff–Appellant,**

v.

**HEWLETT–PACKARD COMPANY, Hewlett–Packard Boise Printer Division, and Hewlett–Packard Imaging Operation, Defendants–Appellees.**

No. 01–1459.

United States Court of Appeals, Federal Circuit.

June 6, 2002.

Rehearing Denied July 2, 2002.

Before MICHEL, Circuit Judge, PLAGER, Senior Circuit Judge, and RADER, Circuit Judge.

***Judgment***

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.